JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE GUTIERREZ, ) | Case No. 5:22-cv-01781-DOC (SP) |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| HSBC BANK USA NATIONAL ) ASSOCIATION, et al., ) | |
| Defendants. ) | |

Pursuant to the Order Granting Voluntary Dismissal,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: February 27, 2023

_David O. Carter_
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE